# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1608
LT Case No. 2020-CF-002175-A

_____

KEITH LEE WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Keith Lee Williams, Milton, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____